**UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

**UNITED STATES OF AMERICA,**

                                            **DOCKET NO.  3:21CR130**

         **V.**                                **ORDER  TO DISMISS COUNT ONE**

**MATTHEW MUMMET**

---

    Leave of Court is hereby granted for the dismissal without prejudice of Count One of the

Superseding Bill of Indictment in the above-captioned case.

    The Clerk is directed to certify copies of this Order to the U. S. Probation Office, U. S.

Marshals Service and the United States Attorney's Office.

                  Signed: October 30, 2021

                  Frank D. Whitney
                  United States District Judge